GATES-MILLS v. KIMBROUGH INVESTMENTS

No. 56 PC

Case below: 48 N.C. App. 742

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 November 1980.

INSURANCE CO. v. CONSTRUCTION CO.

No. 261 PC

No. 9 (Spring Term)

Case below: 46 N.C. App. 427

Petition by plaintiff for reconsideration of denial of discretionary review under G.S. 7A-31 (see 301 N.C. 91) allowed 4 November 1980.

MARSHALL v. MILLER

No. 3 PC

Case below: 47 N.C. App. 530

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 November 1980.

MIMS v. MIMS

No. 16 PC

No. 10 (Spring Term)

Case below: 48 N.C. App. 216

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 November 1980.

MOORE v. STEVENS & CO.

No. 47 PC

Case below: 47 N.C. App. 744

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 November 1980.